ALBANY,    *A. S. Garr*, for the motion.
Oct. 1825.

Honay      *E. Baldwin*, contra.
v.
Chesterman.

The Court granted the motion, on payment of costs.

Motion granted.

## Honay & Chapman *against* Chesterman.

If the party
making a case,
do not serve a
copy of it upon
the    opposite
party, at least
four days be-
fore the term at
which it is no-
ticed for argu-
ment by the
opposite party;
on an affidavit
of this fact, and
of service of
notice of argu-
ment, the re-
lief sought by
the case will
be denied.

J. L. WENDELL, for the defendant, moved to bring on the motion for a new trial, on a case made, in its order on the calendar.

*S. A. Foot*, contra, read an affidavit made by the plain tiff's attorney, of the service of a notice of argument by the plaintiff's attorney on the defendant's attorney; also an affidavit that the defendant's attorney, who made the case, had not served a copy of it on the plaintiff's attorney on or before the 15th October, the term commencing on the 17th; and moved that the motion for a new trial be denied upon this ground.

*Curia.* Take your motion. It is the settled practice, that the party who makes the case must serve a copy on the other party. (*Peck* v. *Peck*, 14 John. Rep. 219. *Jackson* v. *Harrington*, 4 Cowen's Rep. 537.) If this be not done at least four days before the term, the consequence is, that on the opposite party showing this fact by affidavit, the motion upon the case must be denied, provided the party moving for the denial have noticed the argument on his part

Motion for a new trial denie<sub></sub>